Fill in this information to identify your case:

Debtor 1: Jeffrey James Rhein
First Name / Middle Name / Last Name

Debtor 2: 
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (If known): 24-48689-mar

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Substitute teacher | |
   | Employer's name | Ann Arbor Public Schools | |
   | Employer's address | 2555 South State Street<br>Number  Street | Number  Street |
   | | Ann Arbor   Mi   48104<br>City   State   ZIP Code | City   State   ZIP Code |
   | How long employed there? | 6 months | 6 months |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,650.00 | $ |
| 3. | Estimate and list monthly overtime pay. | + $ 0.00 | + $ |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 1,650.00 | $ |

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

→ 4. Copy line 4 here................................................................. $ 1,650.00   $_____

5. List all payroll deductions:

   5a. Tax, Medicare, and Social Security deductions   5a.  $ 450.00   $_____
   5b. Mandatory contributions for retirement plans    5b.  $_____    $_____
   5c. Voluntary contributions for retirement plans    5c.  $_____    $_____
   5d. Required repayments of retirement fund loans    5d.  $_____    $_____
   5e. Insurance                                       5e.  $_____    $_____
   5f. Domestic support obligations                    5f.  $_____    $_____
   5g. Union dues                                      5g.  $_____    $_____
   5h. Other deductions. Specify: _____      5h. +$_____   +$_____

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.  $ 450.00   $_____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.  $ 1,200.00   $_____

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.  $ 0.00   $_____
   8b. Interest and dividends   8b.  $ 0.00   $_____
   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 0.00   $_____
   8d. Unemployment compensation   8d.  $ 0.00   $_____
   8e. Social Security   8e.  $ 0.00   $_____
   8f. Other government assistance that you regularly receive
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: $800 monthly borrowed from friends and family   8f.  $ 0.00   $_____
   8g. Pension or retirement income   8g.  $ 0.00   $_____
   8h. Other monthly income. Specify: _____   8h. +$ 0.00   +$_____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.  $ 0.00   $_____

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.  $ 1,200.00  +  $_____  =  $_____

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: $800 monthly borrowed from friends and family                                                          11. + $ 800.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.   12.  $ 2,000.00
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies
    
    **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☑ Yes. Explain: Mr. Rhein expects either a modest raise as a substitute teacher and is searching for other employment opportunities that will provide more income.