UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                    Chapter 7

Jeffrey James Rhein                                       Case Number 24-48689

    Debtor.                                          Hon. Mark A. Randon

_____/

### ORDER DISMISSING DEBTOR'S BANKRUPTCY CASE

Debtor's case was filed on **September 10, 2024.** However, the required Certificate of Budget and Credit Counseling Course was taken **September 18, 2024** and filed with the Court **September 25, 2024.** After reviewing the case and otherwise being fully advised, Debtor's case is **DISMISSED**. Under 11 U.S.C. § 109(h)(1), an individual cannot be a debtor unless he/she has received credit counseling during the 180-day period *before* the petition date. Debtor filed her bankruptcy petition on **September 10, 2024**; the credit counseling certificate is dated **September 18, 2024,** which is *after* the petition date.

**IT IS ORDERED**.
**Signed on October 3, 2024**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**